UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

SERGEY KUSHNIR,

    Petitioner,

v.

JOSEPH FREDEN, in his official
capacity as Field Office Director;
Buffalo Field Office, U.S. Immigration
& Customs Enforcement, et al.,

    Respondents.

25-CV-589-MAV
ORDER

---

## INTRODUCTION

Petitioner, Sergey Kushnir, is a civil immigration detainee currently held in the custody of Immigration and Customs Enforcement ("ICE"). ECF No. 1 at 3. Petitioner claims that he is being detained in violation of the Constitution and Federal laws. *Id.* at 3-5. Petitioner seeks a temporary restraining order preventing his movement out of the Western District of New York until the Court has an opportunity for full briefing. *Id.* at 5. He has paid the $5.00 filing fee and is represented by counsel.

## ORDER

IT IS HEREBY ORDERED that within **45 days** of the date of this Order, Respondents shall file and serve an **answer** responding to the allegations in the Petition; and it is further

ORDERED that within **45 days** of the date of this Order, Respondents shall file and serve, in addition to the answer, a **memorandum of law** addressing each of the issues raised in the Petition and including citations to supporting authority and applicable sections of the Immigration and Nationality Act; and it is further

ORDERED that within **45 days** of the date of this Order, instead of an answer, Respondents may file a **motion to dismiss** the Petition, accompanied by appropriate exhibits demonstrating that an answer to the Petition is unnecessary; and it is further

ORDERED that Petitioner shall have **25 days** after his receipt of the Respondents' answer or motion to dismiss to file a **written response**; and it is further

ORDERED that the Clerk of Court shall serve a copy of the Petition, together with a copy of this Order, electronically via a Notice of Electronic Filing to the United States Attorney's Office, Western District of New York at USANYW-Immigration-Habeas@usdoj.gov.

**PETITIONER MUST FORWARD A COPY OF ALL FUTURE PAPERS AND CORRESPONDENCE TO THE ATTORNEY APPEARING FOR RESPONDENTS.**

SO ORDERED.

Dated:     July 10, 2025
           Rochester, New York

_____
HON. MEREDITH A. VACCA
UNITED STATES DISTRICT JUDGE